**Location:** Queens, NY

**Total Works Infringed:** 57

**IP Address:** 66.108.79.158

**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 2FFCDEC9DADBDF6873E9CB06D935742107B25A6F | 06/05/2026 20:34:17 | Blacked | 05/18/2026 | 05/29/2026 | PA0002586654 |
| 2 | DF9F83569BD6B3BC4E13D03E6FA5D4D8734B7733 | 05/21/2026 05:25:43 | Vixen | 05/07/2026 | 05/29/2026 | PA0002586665 |
| 3 | 93A774E3759B656953D0901D5FDD8499781EE3CF | 05/14/2026 23:42:36 | Blacked | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 4 | D0284764F0841A1D35175F4FC678E083FDD0E25C | 05/14/2026 22:51:00 | Tushy | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 5 | 3F0F9BF1CCFC7378D2EA7F0E168BA9B8A15A0B01 | 05/06/2026 09:58:01 | Blacked | 06/02/2025 | 06/09/2025 | PA0002534208 |
| 6 | 3A4FE1FC6E687091A4360806D00101F224E25D7B | 01/31/2026 14:10:22 | Blacked | 03/19/2024 | 04/10/2024 | PA0002464916 |
| 7 | E0FFFDF128A8C5F95E379FD0261B196E044FAB13 | 11/06/2025 15:05:18 | Tushy | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 8 | 15B0C98FB5C9541493A41214FB892C834D52C224 | 02/14/2025 01:09:07 | Blacked Raw | 07/22/2024 | 08/14/2024 | PA0002484878 |
| 9 | BD9F296568E4A6814BE3E8646C3D7126ABDB98AC | 12/18/2024 17:48:59 | Vixen | 10/11/2024 | 10/16/2024 | PA0002494724 |
| 10 | 42182E6A3E0D5C30DB4BB9B54F7C19473ABF65C8 | 10/15/2024 16:37:08 | TushyRaw | 08/06/2024 | 08/14/2024 | PA0002484827 |
| 11 | CB71D95F8B6F55C53F0BC12A1872DEBC1D5A5176 | 10/15/2024 16:05:07 | Slayed | 01/09/2024 | 03/15/2024 | PA0002461470 |
| 12 | C34C1EDD18662D055D780CE3806FE71048240231 | 10/15/2024 09:24:16 | Blacked | 07/17/2024 | 08/14/2024 | PA0002484871 |
| 13 | 6A07D36BEE3356457BC141CA7EBCA27B8D9D7A02 | 10/15/2024 07:12:25 | Blacked Raw | 07/29/2024 | 08/14/2024 | PA0002484842 |
| 14 | D651B0346074C143DB302044257F81076A2E24E3 | 09/25/2024 23:26:58 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |
| 15 | F186403322507A8A4DDBAF36F6B4F77ADEBBBC5D | 09/15/2024 10:42:00 | TushyRaw | 12/20/2023 | 01/16/2024 | PA0002449518 |
| 16 | B17E7F2A8982DB86B95612D191C6C6FD431C633A | 09/14/2024 22:33:21 | Tushy | 03/12/2023 | 04/07/2023 | PA0002405752 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 373F7E3A35E9DB7B6E961EAA386B5F9FAB10357D | 09/13/2024 02:32:31 | Blacked Raw | 03/11/2024 | 04/10/2024 | PA0002464921 |
| 18 | 5DB694C22D4A5B18B07050112666F098FC37EF41 | 09/11/2024 11:35:58 | Slayed | 06/27/2023 | 07/14/2023 | PA0002427522 |
| 19 | 3EA911CF012EA719520AA72EEB65F2D922463595 | 08/30/2024 10:03:36 | Tushy | 02/19/2023 | 03/06/2023 | PA0002399999 |
| 20 | A7A0FB2E900F43AC35A0AA0C4393469B793BA696 | 08/23/2024 15:24:46 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 21 | 929EA61F1631DC198547BF0832AFA58877DAF31A | 08/10/2024 05:24:38 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 22 | 7F5D1B08DFF0C0611E71994BFA3AB5AE722737A7 | 08/06/2024 18:08:21 | Tushy | 04/30/2023 | 05/14/2023 | PA0002411311 |
| 23 | B8525AE26DB93C5BDCFB86960869EF8A5E7883A8 | 08/04/2024 06:45:31 | Blacked Raw | 04/01/2024 | 04/11/2024 | PA0002464924 |
| 24 | BBD3F22BE68F162537FC477187928AF39600048C | 08/02/2024 09:47:32 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |
| 25 | 15E8835B67D135AD8EE9A8414AE555F293119202 | 07/21/2024 15:22:16 | Blacked Raw | 04/08/2024 | 04/11/2024 | PA0002464923 |
| 26 | E7DBE00AFA2AA0D254190ED2E7A5376B9042DF00 | 07/21/2024 14:14:06 | Vixen | 01/13/2023 | 01/27/2023 | PA0002393077 |
| 27 | 5D9C30C3EF345D8FC715C71CE29C43ADFE05E4DE | 07/20/2024 21:41:36 | Blacked Raw | 12/25/2022 | 01/09/2023 | PA0002389598 |
| 28 | 0470341D0EE7F066BCA23C40FB4BA20E17A92091 | 07/20/2024 16:27:54 | Blacked Raw | 09/16/2022 | 10/05/2022 | PA0002373764 |
| 29 | F1D2C16CD90697A9CDFA83BB3EB619666C4C70F9 | 07/18/2024 07:12:42 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 30 | 38B9A383D20AA2CA412AB63F97C5ADE1B28E139E | 07/11/2024 23:23:35 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |
| 31 | 5D294675FE148E763221E304BEB6A6B3F02455B6 | 07/10/2024 14:46:33 | Vixen | 08/18/2023 | 09/18/2023 | PA0002431080 |
| 32 | 550EDC5B4D6FDEBA66300BBA25803A0C8C887939 | 07/05/2024 08:40:14 | Tushy | 06/16/2024 | 07/15/2024 | PA0002480649 |
| 33 | 06CCB570DA4FBE5EF83335988CB7609A89FF857E | 06/28/2024 07:06:00 | Vixen | 08/11/2023 | 10/18/2023 | PA0002435601 |
| 34 | 6214BB438A638BF002923997BABBA36BA5AC5BD8 | 06/28/2024 03:37:56 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | A666D50E629F1FBB70AF3349F5FB441AA0AF9C70 | 06/07/2024 05:22:53 | Tushy | 02/04/2024 | 02/13/2024 | PA0002454781 |
| 36 | A684568AFA7D65FDBFF7601CD3BABE577C9965DC | 06/07/2024 05:21:23 | Blacked Raw | 06/18/2023 | 07/13/2023 | PA0002420357 |
| 37 | B3F13D87A7452CB0109A50A595B9C8CD2967A360 | 06/05/2024 14:10:52 | Vixen | 04/21/2023 | 05/15/2023 | PA0002411310 |
| 38 | 9D095C65FFF6DFD0F07947043AB92F2645CD8A75 | 05/30/2024 22:00:46 | Blacked Raw | 01/09/2023 | 01/27/2023 | PA0002393075 |
| 39 | E166718F928A27B1BA471748062100890A687FB2 | 05/24/2024 21:31:46 | Milfy | 08/02/2023 | 08/22/2023 | PA0002431039 |
| 40 | 5B2B9563F05C2CBA4E2440DD84DD633CE53D135E | 03/24/2024 02:04:26 | Tushy | 11/06/2022 | 12/11/2022 | PA0002384747 |
| 41 | 0532C4C84FA31ED67874119C92185DC6CB96BF7F | 03/01/2024 02:25:52 | Vixen | 10/14/2022 | 10/31/2022 | PA0002377830 |
| 42 | D5F5535A5B5B634CDC24420843E67255447ECE65 | 02/25/2024 13:13:16 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 43 | 838BEB0107E65F4680727C4595724BB6EEAB41AC | 02/25/2024 08:49:10 | Tushy | 01/21/2024 | 02/13/2024 | PA0002454783 |
| 44 | 67C91E97BAEDDE1B69C9AD0B4348C4710CBB7EF5 | 02/25/2024 08:38:27 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 45 | E684522268D94D9274E6001C7157310C39AED2C0 | 02/17/2024 06:42:22 | Tushy | 06/11/2023 | 07/13/2023 | PA0002420360 |
| 46 | 9BA201E4B2678D5AFEACEE75389CAA5831153A91 | 01/15/2024 04:03:36 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |
| 47 | CB510B3F3B07B8A8E7C51A60E2278B53FAD6719E | 12/26/2023 01:10:23 | Blacked Raw | 02/18/2023 | 03/06/2023 | PA0002399995 |
| 48 | 07D183ACDE4666D48DFBBFDA039D1220D6923FFC | 12/03/2023 03:00:43 | Vixen | 01/20/2023 | 01/27/2023 | PA0002393071 |
| 49 | B5BAA098A77422344BC39043B8E6412B388993D7 | 11/19/2023 06:25:48 | Tushy | 08/28/2022 | 11/01/2022 | PA0002378076 |
| 50 | 5BE03AAE12E342DDB9FE93A286686DD7530CEBD5 | 11/15/2023 05:52:31 | Tushy | 09/03/2023 | 09/17/2023 | PA0002430895 |
| 51 | B01997C6CB632874D6790AE065243F8DAF31E37F | 11/14/2023 01:24:37 | Blacked Raw | 11/20/2022 | 12/11/2022 | PA0002384733 |
| 52 | 6F3397231908A8884A36C7B01CE11F00156F2671 | 11/12/2023 11:07:52 | Blacked Raw | 05/24/2023 | 06/09/2023 | PA0002415389 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 53 | 718CF528027643E866023B7772C12C42E8C94BEA | 11/03/2023 11:59:59 | Tushy | 09/10/2023 | 09/17/2023 | PA0002430910 |
| 54 | 19989C9A3BF96C682C025D5C4BD8F71870DA3439 | 11/03/2023 08:58:22 | TushyRaw | 09/27/2023 | 10/18/2023 | PA0002435616 |
| 55 | 3D1F4A36E4BAFD754AB082617BE453AB44EF00B9 | 10/27/2023 12:36:08 | Blacked | 02/04/2023 | 03/07/2023 | PA0002400314 |
| 56 | 95E237ED43B0F94AAF4EC13CC8DF031872857D45 | 09/24/2023 19:13:52 | TushyRaw | 08/09/2023 | 08/17/2023 | PA0002425525 |
| 57 | A5FB88F7319F228442F6F2CA56897D6AA7276BA7 | 08/13/2023 21:23:12 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |